T. Matthew Phillips, Esq.
California State Bar No. 165833
(*Not Licensed in Nevada*)
4894 W. Lone Mountain Rd., No. 132
Las Vegas, Nev. 89130
Email: TMatthewPhillips@aol.com
Tel: (323) 314-6996
*Self-Represented Plaintiff*

```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

        DEC 16 2022

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# LAS VEGAS, NEVADA

| | |
|---|---|
| T. MATTHEW PHILLIPS,<br>*Next Friend of D.M.P. a Minor*<br><br>*Plaintiff*<br><br>vs.<br><br>A. VINCENT OCHOA<br>B. STEVE WOLFSON<br>C. JON NORHEIM<br>D. GERARD COSTANTIAN<br>E. AMBER KORPAK<br>F. CLARK COUNTY<br>G. EIGHTH JUDICIAL<br>   DISTRICT COURT<br><br>*Defendants.* | ) Case No:<br>)<br>) MOTION *by* PRO SE FILER<br>) *to* FILE ELECTRONICALLY.<br>)<br>)<br>)<br>)<br>) **2:22-cv-02086-RFB-BNW**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) *Plaintiff Demands Trial by Jury* |

**MAY IT PLEASE THE COURT—**

My name is T. Matthew Phillips, and I am a co-Plaintiff herein. I am a *pro se* filer and I wish to be able to file documents electronically via the Court's e-filing system.

I have completed the CM/ECF tutorial for e-filing documents. This U.S. District Court already granted permission for me to e-file documents in the past. I am very familiar with e-filing in federal district court, the Ninth Circuit, and U.S. Supreme Court.

I declare under penalty of perjury pursuant to the laws of the State of Nevada and the United States the foregoing is both true and correct.

Dated: **Dec. 16, 2022**          RESPECTFULLY SUBMITTED,


*T. Matthew Phillips*
T. Matthew Phillips, Esq.
Calif. State Bar No. 165833
(*Not Licensed in Nevada*)
(Licensed in U.S.D.C., Central District, Calif.)
(Licensed in Ninth Circuit Court of Appeals)
(Licensed in U.S. Supreme Court, No. 317048)
Email: TMatthewPhillips@aol.com
Tel: (323) 314-6996
*In Pro Se*


\* \* \*

**ORDER**
**IT IS SO ORDERED**

DATED: 4:29 pm, December 19, 2022

*Brenda Weksler*
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

*Motion by Pro Se Filer to File Electronically*, p. 2